## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**LISA RYAN MURPHY**                                    **PLAINTIFF**
**ADC #760343**

v.                          **No. 1:13-cv-20-DPM-HDY**

**RAY HOBBS, Director, ADC;**
**JOHN MAPLES, Warden, Grimes Unit,**
**ADC; FAUST, Warden, McPherson Unit, ADC;**
**LINDA DIXON, Major, McPherson Unit, ADC;**          **DEFENDANTS**

### ORDER

No one has objected to Magistrate Judge H. David Young's recommendation, № 7, that the Court grant Murphy's request to dismiss her claims against Linda Dixon but deny for now her request to add claims against Warden Bradley.  Reviewing for clear factual error and legal error, FED. R. CIV. P. 72(b) (1983 addition to Advisory Committee Note), the Court adopts the recommendation as its own opinion.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_15 May 2013_