# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LISA RYAN MURPHY  PLAINTIFF
ADC #760343

v.  No. 1:13-cv-20-DPM-HDY

RAY HOBBS, Director, ADC; JOHN
MAPLES, Warden, Grimes Unit,
ADC; NURZUHAL FAUST, Warden,
McPherson Unit, ADC; RICHARD
GUY, Warden; AUNDREA WEEKLY,
Warden; LINDA DYKES, Captain;
BOBBIE PHIPPS, Correctional Officer;
and VIRGINA ROBINS, Sergeant  DEFENDANTS

## ORDER

Murphy moves unopposed to dismiss her complaint. № 35 & 36. The Court has considered Magistrate Judge H. David Young's Proposed Findings and Recommendations, № 37, to which Murphy has not objected. The Court adopts it in full. FED. R. CIV. P. 72(b)(3) (1983 addition to advisory committee notes). Murphy's motion, № 35, is granted. Murphy's complaint is dismissed without prejudice. FED. R. CIV. P. 41(a)(2). An *in forma pauperis* appeal of this Order and the accompanying Judgment would not be taken in good faith.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 November 2013