# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**LISA RYAN MURPHY**  
ADC #760343                                                    **PLAINTIFF**

v.                          No. 1:13-cv-20-DPM

**RAY HOBBS**, Director, ADC; **JOHN MAPLES**, Warden, Grimes Unit, ADC; **NURZUHAL FAUST**, Warden, McPherson Unit, ADC; **LINDA DIXON**, Major, McPherson Unit, ADC; **RICHARD GUY**, Warden; **AUNDREA WEEKLY**, Warden; **LINDA DYKES**, Captain; **BOBBIE PHIPPS**, Correctional Officer; and **VIRGINA ROBINS**, Sergeant                    **DEFENDANTS**

## JUDGMENT

Murphy's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 November 2013