# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**LISA RYAN MURPHY**  **PLAINTIFF**
**ADC #760343**

v.  No. 1:13-cv-20-DPM

**RAY HOBBS, Director, ADC; JOHN
MAPLES, Warden, Grimes Unit,
ADC; NURZUHAL FAUST, Warden,
McPherson Unit, ADC; LINDA DIXON,
Major, McPherson Unit, ADC; RICHARD
GUY, Warden; AUNDREA WEEKLY,
Warden; LINDA DYKES, Captain;
BOBBIE PHIPPS, Correctional Officer;
and VIRGINA ROBINS, Sergeant**  **DEFENDANTS**

## JUDGMENT

Murphy's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 November 2013