IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA RYAN MURPHY                                                    PLAINTIFF
ADC #760343

v.                          No. 1:13-cv-20-DPM-HDY

RAY HOBBS, Director, ADC; JOHN MAPLES,
Warden, Grimes Unit, ADC; NURZUHAL FAUST,
Warden, McPherson Unit, ADC; LINDA DIXON,
Major, McPherson Unit, ADC; RICHARD GUY,
Warden; AUNDREA WEEKLY, Warden; LINDA
DYKES, Captain; BOBBIE PHIPPS, Correctional
Officer; VIRGINA ROBINS, Sergeant; MICHAEL
DICKINSON, Sergeant, ADC; ROGER AYERS,
Sergeant, ADC; DAWN DOCKINS, C/O, ADC;
KEVIN WILLIS, C/O, ADC; TAMI AIKEN, Captain,
ADC; JASON MING, Lieutenant, ADC; PHILLIP
ALLEN, Sergeant, ADC; LAVONDA DUNAVION,
Inmate Grievance Coordinator, ADC; MARVIN
EVANS, Assistant Director, ADC; MARY
WILLIAMS, Sergeant, ADC; MICHAEL
RICHARDSON, Lieutenant; DARRYL BRYANT,
Sergeant, ADC; CHERYL CHAPMAN, Lieutenant,
ADC; ROBERT POTTER, Sergeant, ADC; TIMOTHY
GAZA, Sergeant; and KRAMER JONES, Lieutenant       DEFENDANTS

ORDER

Unopposed recommendation, № 74, adopted. FED. R. CIV. P. 72(b)(3) (1983 addition to advisory committee notes). Murphy's motion for preliminary injunction and temporary restraining order, № 57, denied without prejudice.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

29 January 2014