## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

LISA RYAN MURPHY                                              **PLAINTIFF**
ADC #760343

v.                              No. 1:13-cv-20-DPM-HDY

RAY HOBBS, Director, ADC; JOHN MAPLES,
Warden, Grimes Unit, ADC; NURZUHAL FAUST,
Warden, McPherson Unit, ADC; LINDA DIXON,
Major, McPherson Unit, ADC; RICHARD GUY,
Warden; AUNDREA WEEKLY, Warden; LINDA
DYKES, Captain; BOBBIE PHIPPS, Correctional
Officer; VIRGINA ROBINS, Sergeant; MICHAEL
DICKINSON, Sergeant, ADC; ROGER AYERS,
Sergeant, ADC; DAWN DOCKINS, C/O, ADC;
KEVIN WILLIS, C/O, ADC; TAMI AIKEN,
Captain, ADC; JASON MING, Lieutenant, ADC;
PHILLIP ALLEN, Sergeant, ADC; LAVONDA
DUNAVION, Inmate Grievance Coordinator,
ADC; MARVIN EVANS, Assistant Director, ADC;
MARY WILLIAMS, Sergeant, ADC; MICHAEL
RICHARDSON, Lieutenant; DARRYL BRYANT,
Sergeant, ADC; CHERYL CHAPMAN, Lieutenant,
ADC; ROBERT POTTER, Sergeant, ADC; TIMOTHY
GAZA, Sergeant; and KRAMER JONES, Lieutenant          **DEFENDANTS**

### ORDER

Unopposed recommendation, № 111, adopted. FED. R. CIV. P. 72(b)(3)

(1983 addition to advisory committee notes). Murphy's motion to voluntarily

dismiss sixteen defendants, № 108, granted. Her claims against Dykes,

Phipps, Dickinson, Ayers, Dockins, Willis, Aiken, Ming, Allen, Dunavion,

Williams, Richardson, Bryant, Chapman, Potter, and Gaza are dismissed without prejudice.  The case will go forward against Hobbs, Maples, Faust, Dixon, Guy, Weekly, Robins, Evans, and Jones.

So Ordered.

D.P. Marshall Jr.
United States District Judge

14 February 2014