FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 28 2014

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| LISA RYAN MURPHY<br>ADC #760343 | PLAINTIFF |
| v. No. 1:13-cv-00020-DPM | |
| RAY HOBBS, Director, Arkansas Department of Correction; JOHN MAPLES, Warden, Grimes Unit, ADC; NURZUHAL FAUST, Warden, Mcpherson Unit, ADC; LINDA DIXON, Major, McPherson Unit, ADC; RICHARD GUY, Warden; AUNDREA WEEKLY, Warden; VIRGINIA ROBINS, Sergeant; MARVIN EVANS, Assistant Director, ADC; and KRAMER JONES, Lieutenant | DEFENDANTS |

ORDER

Murphy's motion to voluntarily dismiss all her claims, № 151, is denied. FED. R. CIV. P. 41(a)(2). The Court has already granted a prior voluntary dismissal of the case. № 39. And several factors counsel against another: Defendant's ripe motion for summary judgment; no explanation on why a second dismissal is needed; the potential prejudice to Defendants; and the more than one-hundred and fifty filings to date. *Paulucci v. City of Duluth*, 826 F.2d 780, 783 (8th Cir. 1987). It is time to decide this case on the merits. If Murphy has any objection to the Proposed Findings and Recommendations, № 150, it is due by 8 September 2014.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 August 2014