IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA RYAN MURPHY
ADC #760343                                                                          PLAINTIFF

v.                          No. 1:13-cv-20-DPM

RAY HOBBS, Director, Arkansas Department
of Correction; JOHN MAPLES, Warden, Grimes
Unit, ADC; NURZUHAL FAUST, Warden,
Mcpherson Unit, ADC; LINDA DIXON, Major,
McPherson Unit, ADC; RICHARD GUY, Warden;
AUNDREA WEEKLY, Warden; VIRGINIA
ROBINS, Sergeant; MARVIN EVANS, Assistant
Director, ADC; and KRAMER JONES, Lieutenant          DEFENDANTS

ORDER

Unopposed recommendation, № 150, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Any appeal would be frivolous.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 September 2014