IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA RYAN MURPHY                                                    PLAINTIFF
ADC #760343

v.                              No. 1:13-cv-20-DPM

RAY HOBBS, Director, Arkansas Department
of Correction; JOHN MAPLES, Warden, Grimes
Unit, ADC; NURZUHAL FAUST, Warden,
Mcpherson Unit, ADC; LINDA DIXON, Major,
McPherson Unit, ADC; RICHARD GUY, Warden;
AUNDREA WEEKLY, Warden; VIRGINIA
ROBINS, Sergeant; MARVIN EVANS, Assistant
Director, ADC; and KRAMER JONES, Lieutenant       DEFENDANTS

## JUDGMENT

Murphy's complaint is dismissed with prejudice as against Dixon, Evans, Faust, Guy, Hobbs, Jones, Maples, Robins, and Weekly. Murphy's complaint is dismissed without prejudice in all other respects.

*signature*
D.P. Marshall Jr.
United States District Judge

18 September 2014